

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/19/2015 8:59:34 AM
CATHY S. LUSK
Clerk

February 17, 2015

FILED
LORI OLIVER
DISTRICT CLERK
2015 FEB 18 P 2:59
DISTRICT COURT
SHELBY COUNTY, TEXAS
DEPUTY

Ms. Lori Oliver
District Clerk
Shelby County
P. O. Drawer 1953
Center, TX 75935
* DELIVERED VIA E-MAIL *

RE:     Case Number:              12-14-00346-CV
        Trial Court Case Number:  13-CV-32,414

Style:  William Robert Parker
        v.
        Robert Pigg and John Preston Manuell Jr.

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk

C  William Robert Parker
C  Edward James Nicholas (DELIVERED VIA E-MAIL)
:  Mr. Robert Alderman Jr. (DELIVERED VIA E-MAIL)

Mandate executed on 18th day of February , 2015.

Brief explanation of action taken: File Marked, Scanned and entered, and put in file.
_____ District/County Clerk